UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY CLARK COLBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05CV40124NG |
| ) | |
| DAVID L. WINN, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO DISMISS**

The defendant, David Winn, Warden, Federal Medical Center at Devens, Massachusetts, hereby moves to dismiss Petitioner Colby's habeas corpus petition for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), or, in the alternative, for judgment as a matter of law pursuant to Fed. R. Civ. P. 56.

Respectfully submitted,

DEFENDANT DAVID WINN,
WARDEN, FMC DEVENS,

By his attorney,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Gina Y. Walcott-Torres
       Gina Y. Walcott-Torres
       Assistant United States Attorney
       John Joseph Moakley U.S. Courthouse
       One Courthouse Way, Suite 9200
       Boston, Mass. 02110
       617-748-3369

## REQUEST FOR WAIVER OF LOCAL RULE 7.1(A)(2) CERTIFICATION

  The undersigned counsel hereby requests a waiver of the requirements of Local Rule 7.1(A)(2).  As reasons therefore, she asserts that the plaintiff, who is acting *pro se*, is incarcerated at the Federal Medical Center in Devens, Massachusetts.

              /s/ Gina Y. Walcott-Torres
              Gina Y. Walcott-Torres
              Assistant United States Attorney