UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY COLBY,<br>    Petitioner,<br><br>            v.<br><br>DAVID WINN, WARDEN, ET AL.,<br>    Respondents | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-40124-NG<br>)<br>)<br>)<br>)<br>) |

ORDER FOR DISMISSAL

GERTNER, D.J.

In accordance with the Memorandum and Order (#7) directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,

/s/ Maryellen Molloy
Deputy Clerk

DATED: October 21, 2005